UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 26, 2015

MEMO TO COUNSEL RE: Ronald A. Nykiel, Ph.D. v. University of Maryland
Eastern Shore
Civil No. JFM-15-2083

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion to dismiss or for summary judgment.

The motion (document 9) is denied. I am satisfied that plaintiff has stated claims for work-based harassment and discriminatory discharge and the material issues of fact exist.

A conference call will be held on  November 10, 2015  at  4:30  p.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 OCT 28 AM 11:44
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY